EDGAR A. LEVY LEASING Co., INC., Plaintiff, *v.* JACOB WISHNER and Others, Defendants.*

Supreme Court, New York County, April 10, 1933.

* See 147 Misc. 829.

*Alfred C. Bennett* [*Edgar F. Sachs* of counsel], for the plaintiff, for the motion.

*David Kachman*, for defendant Jacob Wishner, opposed.

FRANKENTHALER, J.   The exemption provided for in section 55-a of the Insurance Law is expressly made inapplicable to a case of an assignment in fraud of creditors.   *Wittman* v. *Littlefield* (142 Misc. 916; affd., 235 App. Div. 831) is distinguishable.   The complaint in that case alleged an assignment in fraud of creditors. As a motion to dismiss defenses for insufficiency searches the record, the dismissal in that case of a number of the defenses indicates that the complaint was deemed sufficient notwithstanding the exemption authorized by section 55-a of the Insurance Law.   All that was decided in the *Wittman* case was that disability payments are included within the term " proceeds and avails " of the policy. This is confirmed by the statement of the court at Special Term that the only issues before it were " *the validity of the assignment and the effect of section 55-a.*"   As the plaintiff, here, has established *prima facie* that the policy was assigned in fraud of creditors, this motion for a temporary injunction is granted.   Settle order.